# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 12, 2023

**<u>Notice</u>**

Mr. Jonathan Yates Ellis
McGuireWoods
501 Fayetteville Street
Suite 500
Raleigh, NC 27601

Ms. Abigail Victoria Lewis
Adams Landenwich & Walton
517 W. Ormsby Avenue
Louisville, KY 40203

        Re: No. 22-5574
             *Ericka Johnson v. Evolent Health LLC*

Dear Counsel,

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, March 8, 2023**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                                    Sincerely yours,

                                      s/Jeanine R. Hance
                                      Calendar Deputy

cc: Mr. Garry Richard Adams Jr.
     Mr. Michael R. Phillips
     Ms. Melissa M. Weiss